IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Gregory A. Miller, M.D., | ) |
| *Plaintiff,* | ) **C/A No.: 0:24-cv-1212-SAL** |
| | ) |
| v. | ) **EXHIBIT 1 TO RESPONSE TO MOTION** |
| | ) **TO DISMISS AND STAY** |
| MagMutual Insurance Company, | ) |
| *Defendant.* | ) |

# Affidavit of Harry Goldberg, Esquire

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Gregory A. Miller, M.D., | ) | C/A No.: 0:24-cv-1212-SAL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | AFFIDAVIT |
| | ) | |
| MagMutual Insurance Company, | ) | |
| | ) | |
| Defendant. | ) | |

Personally appeared before me, Harry L. Goldberg, who first being duly sworn, deposes and says that:

I am co-counsel for Dr. Gregory A. Miller in C/A No. 0:24-CV-1212-SAL which is pending in the United States District Court, District of South Carolina, Rock Hill Division.

I am also representing Dr. Miller in connection with post-judgment matters related to the case of Patton v. Dr. Gregory A. Miller which was originally brought in the Court of Common Pleas of York County. A judgment was entered against Dr. Miller in that case. An appeal by Dr. Miller is now pending before the S.C. Court of Appeals.

I have been informed by counsel for Patton, Ed Graham, Esquire, that he intends to pursue post-judgment supplemental proceedings against Dr. Miller in an effort to collect on the judgment which plaintiff obtained in the Patton case. In that regard, Mr. Graham has requested that I provide him with a date wherein he can depose Dr. Miller as to his personal assets. The deposition is presently scheduled for July 16, 2024.

Further deponent sayeth not.

_____
Harry L. Goldberg

Sworn to before me this

12 day of June, 2024

_____
Notary Public for South Carolina
My Commission Expires: 3/11/26